# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. E1788802 (Class A) |
| v. | 25-1164 (ADB) |
| BRIAR C. VALDEZ | |
| | **COMPLAINT** |
| | Offense on a Federal Reservation |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **6th day of July 2025**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**BRIAR C. VALDEZ** did commit:

Assault within maritime and territorial jurisdiction in violation of 18 U.S.C. 113.

The name of the Complainant is **Luke D. Wilson.**

_____
**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 21ST DAY OF AUGUST 2025.**

_____
**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**